UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTHONY J. SIMPKINS,

    Plaintiff,

v.                                             Case No. 20-10673

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's Opinion and Order dated August 25, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Andrew Saul Commissioner of Social Security and against Plaintiff Anthony J. Simpkins. Dated at Port Huron, Michigan this 25th day of August, 2021.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                              BY: s/Lisa Wagner

Dated:  August 25, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2021, by electronic and/or ordinary mail.

                                              s/Lisa Wagner_____/
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522